IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHRISTOPHER CHARLES
MCINTOSH,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Petitioner,

CASE NO. 1D17-1727

v.

STATE OF FLORIDA,

     Respondent.

_____/

Opinion filed August 10, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Christopher Charles McIntosh, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for belated appeal is granted. Petitioner shall be allowed a belated appeal from the July 22, 2015, order denying motion for postconviction relief in Alachua County Circuit Court case number 01-2011-CF-004408-A. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D).

LEWIS, WETHERELL, and WINSOR, JJ., CONCUR.